PAUL HIRSCHMAN, Respondent, *v.* HUDSON-ATHENS FERRY COMPANY, LTD., Appellant.

(Argued March 21, 1930; decided April 8, 1930.)

*Samuel B. Coffin* and *Harold E. Fritts* for appellant.

*R. Monell Herzberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.